16 So.2d 198

### Voley GLOVER v. STATE.
#### 8 Div. 230.

Supreme Court of Alabama.
June 10, 1943.

Rehearing Denied Nov. 18, 1943.

Further Rehearing Denied Jan. 13, 1944.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

LIVINGSTON, Justice.

The petition for certiorari is denied on authority of Lash v. State, 244 Ala. 568, 14 So.2d 242, this day decided.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.